**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*June 04, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**,

 Plaintiff,

  v.

**JAMELLE LAMAR HARRIS**,

 Defendant.

Case No. **4:26-cr-347**

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Arson)**

On or about March 31, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**JAMELLE LAMAR HARRIS**,

maliciously damaged and partially destroyed, by means of fire, a rental property located at 7413 Knoll Street, Houston, Texas, which rental property was used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

**COUNT TWO**
**(Felon in Possession of a Firearm)**

On or about March 26, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**JAMELLE LAMAR HARRIS**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm, that is, a Charter Arms, revolver, model Off Duty, caliber

1

.38 Special, serial #877318, loaded with five rounds of ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT THREE
**(Possession of an Unregistered Firearm)**

On or about March 31, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**JAMELLE LAMAR HARRIS**,

knowingly possessed a firearm, namely a destructive device, that is, a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in counts one through three of this indictment, the defendant,

**JAMELLE LAMAR HARRIS**,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: 1) a Charter Arms, revolver, model Off

Duty, caliber .38 Special, serial #877318 with five rounds of ammunition; and 2) a Molotov cocktail used during the events of March 26 and 31, 2025, or any of its individual parts.

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE

_____

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

_____
Kelly Zenón-Matos
Assistant United States Attorney
Southern District of Texas

By: _____
Tanja Titre
Assistant United States Attorney
Southern District of Texas